UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE GREGORIO ALFONZO-MUJICA, *Petitioner* § § § | |
| v. § § | Case No. SA-26-CA-00457-XR |
| MAJOR ROSE THOMPSON, MIGUEL VERGARA, ACTING DIRECTOR TODD M. LYONS, SEC. OF DHS KRISTI NOEM, US ATTORNEY GENERAL PAMELA BONDI, *Respondents* § § § § § § | |

## ORDER FOR A RESPONSE

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Jose Gregorio Alfonzo-Mujica (A# 245-093-161), who is currently detained in the Karnes County Immigrant Processing Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1 at 2.

Petitioner states that he served Respondents by mailing a copy of his petition in accordance with Federal Rule of Civil Procedure 4. ECF No. 1 at 21. As such, the Clerk need not provide service at this time.

It is **ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).

there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 27th day of January, 2026.

                                          XAVIER RODRIGUEZ
                                          UNITED STATES DISTRICT JUDGE